HOLMES *against* HOLMES.

*Tender; waiver of.*

THE averment of a tender, in legal effect, is simply an affirmation that the party has done all that it was in his power to do towards the fulfilment of his obligation or duty. Evidence, therefore, of the waiver of a tender by the opposite party is competent and sufficient to support the averment of a tender.

(S. C., 12 Barb. 137; 9 N. Y. 525.)